550

No. 469. TEXAS & NEW ORLEANS R. CO. ET AL. v. BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS ET AL. December 9, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. H. M. Garwood* and *J. H. Tallichet* for petitioners. *Messrs. Donald R. Richberg* and *John H. Crooker* for respondents.

No. 477. BARKER PAINTING CO. v. LOCAL No. 734, BROTHERHOOD OF PAINTERS. December 9, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Merritt Lane* for petitioner. *Mr. Morris Hillquit* for respondent.

No. 464. BRINKERHOFF-FARIS TRUST & SAVINGS CO. v. HILL, TREASURER. January 6, 1930. On further consideration, the order of December 2, 1929, denying the petition for certiorari herein to the Supreme Court of Missouri is revoked and the petition is now granted. *Mr. Roy W. Rucker* for petitioner. *Mr. Lieutellus Cunningham* for respondent.

No. 269. MEADOWS v. UNITED STATES. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Jean S. Breitenstein* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch, James O'C. Roberts,* and *James T. Brady* for the United States.

No. 530. UNITED STATES v. EQUITABLE TRUST CO. ET AL. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.